HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
linda.allison@fd.org

Attorney for Defendant
JOHN LEONARD APPLING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:14-mj-050 MJS |
| Plaintiff, | REQUEST FOR RULE 43 WAIVER FOR INITIAL APPEARANCE; ORDER |
| vs. | Date:  November 1, 2016 |
| JOHN LEONARD APPLING, | Time: 10:00 am |
| Defendant. | Judge: Hon. Michael J. Seng |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2),  John Leonard Appling , having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for any appearance and all proceedings in this matter.  Mr. Appling agrees that his interests shall be represented at all times by the presence of his attorney, Linda C. Allison from the Office of the Federal Defender for the Eastern District of California, the same as if Mr. Appling were personally present.  This Court has the discretion under Rule 43(b)(2)  to permit the defendant's absence.

/ / /

/ / /

/ / /

Mr. Appling is charged with an alleged probation violation. Mr. Appling is currently serving a State sentence at North Kern State Prison in Delano, California.

Dated: September 30, 2016

          HEATHER E. WILLIAMS
          Federal Defender

          /s/ LINDA C. ALLISON
          LINDA C. ALLISON
          Assistant Federal Defender
          Attorney for Defendant
          JOHN LEONARD APPLING

I consent to the above.

Dated: October 7, 2016    /s/ John Leonard Appling
          JOHN LEONARD APPLING
          Defendant

## ORDER

Good cause appearing, the Court grants Defendant's request for waiver of his next scheduled personal appearance on alleged probation violation in Case No. 6:14-mj-050-MJS. Absent further Order of the Court for good cause shown, Defendant shall be personally present at all further hearings and proceedings in this case.

IT IS SO ORDERED.

Dated: October 18, 2016    /s/ *Michael J. Seng*
          UNITED STATES MAGISTRATE JUDGE